UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURE ENERGEY, INC., et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV01719 JCH |
| ) | |
| COAL SYNTHETICS, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **MEMORANDUM**

The Court reviewed the documents submitted by Defendants in response to the telephone conference on Plaintiffs' Motion to Compel (Doc. No. 113). The Court believes that additional clarification is required. The Court will issue an ex parte order to Defendants directing the them to submit additional documents to clarify their response no later than **Monday, August 17, 2009**.

Dated this 11th day of August, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE