UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURE ENERGEY, INC., et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV01719 JCH |
| ) | |
| COAL SYNTHETICS, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel and Memoranda in Support (Doc. Nos. 113, 114, 121). To date, Defendants have not filed a written response to Plaintiffs' Motion. The Court orders Defendants to respond to Plaintiffs' Motion to Compel. The Court also orders the parties to brief the proper scope of discovery on the commonality of ownership issues in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiffs' Motion to Compel no later than **August 24, 2009**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their reply in support of their Motion to Compel no later than **August 31, 2009**.

Dated this 17th day of August, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE