UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURE ENERGY, INC., et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:08CV1719 JCH |
| | ) |
| COAL SYNTHETICS, LLC, et al., | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that on Defendants' Motion for Summary Judgment on Count X (RICO) (Doc. No. 184) is **GRANTED**, and Plaintiffs' claims are dismissed with prejudice.

Dated this 27th day of April, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE