UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURE ENERGY, INC., et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1719 JCH |
| ) | |
| COAL SYNTHETICS, LLC, et al., ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that on Defendants' Defendants' Motion for Summary Judgment on Counts II, III, IV, V, VII, VIII, IX, XI and XII Based on Preemption (Doc. No. 182) is **GRANTED**, in part, and Counts II, III, IV, V, VII, VIII and IX are dismissed.

Dated this 27th day of April, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE